IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN T. TATUM, | No. C 10-0418 LHK (PR) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |
| v. | |
| T. PUGET, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983.  Before the Court is Plaintiff's motion for extension of time to file his opposition to Defendants' motion to dismiss.

    Because it appears no party would be prejudiced by an extension, Plaintiff's motion is GRANTED.  Plaintiff shall file his opposition, **on or before January 31, 2011**.

    This order terminates docket no. 31.

    IT IS SO ORDERED.

DATED:   1/25/11

LUCY H. KOH
United States District Judge

Order Granting Plaintiff's Motion for Extension of Time to File Opposition to Defendants' Motion to Dismiss
P:\PRO-SE\SJ.LHK\CR.10\Tatum418eot-oppo.wpd