IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN T. TATUM,              ) | No. C 10-0418 LHK (PR) |
|                              ) | |
|         Plaintiff,           ) | ORDER DIRECTING THE |
|                              ) | COURT TO RESERVE |
|     v.                       ) | DEFENDANTS ROTHSCHILD |
|                              ) | AND HIRAI; ORDER |
| T. PUGET, et al.,            ) | DISMISSING DEFENDANTS |
|                              ) | JAMES AND UPTERGROVE |
|                              ) | |
|         Defendants.          ) | |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Presently, before the Court are issues related to the service of process of this complaint.

On November 29, 2010, the Court issued an order directing Plaintiff to locate the unserved Defendants D. Rothchild, D. James, C. Uptergrove, and J. Hirai. On December 21, 2010, the Plaintiff filed a letter with the Court regarding the unserved Defendants. In his letter, he states that he was unable to locate Defendants C. Uptergrove and D. James. He further states that Defendants J. Hirai and D. Rothschild are currently at the Classification Service Unit located at 1515 "S" Street, Sacramento, California 95814.

Accordingly, the Clerk of the Court is instructed to serve Defendants J. Hirai and D. Rothschild at the following address: Classification Service Unit, 1515 "S" Street, Sacramento, California 95814. Because more than thirty days have passed, and Plaintiff has not provided any information regarding the location of Defendants James and Uptergrove, nor demonstrated "good

1
2  cause" for such failure, Defendants James and Uptergrove are dismissed.  *See Walker v. Summer*
3  14 F.3d 1415, 1421-22 (9th Cir. 1994).
4      IT IS SO ORDERED.
5  DATED:   2/18/11                         _____*Lucy H. Koh*_____
6                              LUCY H. KOH
                            United States District Judge