IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IRVIN T. TATUM,**<br><br>Plaintiff,<br><br>v.<br><br>**T. PUGET, et al.,**<br><br>Defendants. | C 10-0418 LHK (PR)<br><br>[**PROPOSED**] ORDER GRANTING DEFENDANTS' MOTION FOR A STAY OF DISCOVERY PENDING RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Defendants Bradbury, Cox, Puget, and Rothchild filed a motion for an order staying discovery pending the Court's ruling on their motion for summary judgment, which asserts the qualified-immunity defense.

GOOD CAUSE APPEARING, Defendants' motion to stay discovery is GRANTED, and discovery, including all discovery motions, is stayed pending the Court's ruling on Defendants' motion for summary judgment.

Dated: __7/1/11

_/s/ Lucy H. Koh_____
THE HONORABLE LUCY H. KOH
United States District Court Judge

SF2010202363
20377410.doc

1

[Proposed] Order Granting Defs.' Mot. Stay Disc.  (C 10-0418 LHK (PR))