IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN T. TATUM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T. PUGET, et al.,<br><br>　　　　Defendants. | No. C 10-0418 LHK (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Docket No. 63) |

Plaintiff, a state prisoner, filed the instant *pro se* prisoner amended complaint under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for extension of time to file his opposition to Defendants' motion for summary judgment.

Because it appears no party would be prejudiced by an extension, Plaintiff's motion is GRANTED. Plaintiff shall file his opposition within **thirty (30) days** from the date this order is filed. Defendants shall file their reply no later than **fifteen (15) days** thereafter.

This order terminates docket no. 63.

IT IS SO ORDERED.

DATED:　8/8/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge