IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN T. TATUM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T. PUGET, et al.,<br><br>　　　　Defendants. | No. C 10-0418 LHK (PR)<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Docket No. 65) |

　　　　Plaintiff, a state prisoner proceeding *pro se,* filed a complaint under 42 U.S.C. § 1983. Before the Court is Plaintiff's second motion for extension of time to file his opposition to Defendants' motion for summary judgment. Plaintiff's opposition was due September 7, 2011. On August 29, 2011, Plaintiff filed his opposition to Defendants' motion for summary judgment. Plaintiff's second motion for extension of time is thus DENIED as unnecessary.

　　　　This order terminates docket no. 65.

　　　　IT IS SO ORDERED.

DATED:   9/19/11

　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge