IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IRVIN T. TATUM,** | C 10-0418 LHK (PR) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY REGARDING THEIR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **T. PUGET, et al.,** | |
| Defendants. | |

Defendants Bradbury, Cox, Puget, and Rothchild ask that their reply brief regarding their motion for summary judgment be due by September 28, 2011. The Court has read and considered their motion and the accompanying declaration of counsel and, good cause appearing,

IT IS ORDERED that Defendants' request is GRANTED. Their reply regarding their summary-judgment motion shall be due by September 28, 2011.

Dated: __9/21/11

_____
THE HONORABLE LUCY H. KOH
United States District Court Judge

SF2010202363
20375476.doc

1