IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN T. TATUM, | ) No. C 10-0418 LHK (PR) |
| Plaintiff, | ) JUDGMENT |
| vs. | ) |
| T. PUGET, et al., | ) |
| Defendants. | ) |

The Court has granted Defendants' motion for summary judgment. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/8/12

LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.10\Bonty360jud.wpd